LINK: 13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4480 GAF (PJWx) | Date | October 16, 2009 |
|---|---|---|---|
| Title | Shannon Chlarson v. Wachovia Mortgage Corporation et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER VACATING HEARING

The Court has received Defendant Wachovia's motion to dismiss Plaintiff's first amended complaint. (Docket No. 13.)  The Court concludes that the matter is appropriate for resolution without the argument of counsel.  Accordingly, the hearing previously scheduled for October 19, 2009 at 9:30 a.m., is hereby **VACATED**.  FED. R. CIV. P. 78; C.D. Cal. R. 7-15.

   **IT IS SO ORDERED.**