Submitted By:

Christopher A. Carr (#44444)
ccarr@afrct.com
Jeremy E. Shulman (#257582)
jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE, FSB,
formerly known as WORLD SAVINGS
BANK, FSB, erroneously named as
Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CHLARSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation; WISDOM FINANCIAL SERVICES, INC., a Nevada Corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV09-4480-GAF (PJWx)<br><br>[The Honorable Gary A. Feess]<br><br>JUDGMENT DISMISSING WACHOVIA MORTGAGE, FSB WITH PREJUDICE PURSUANT TO FRCP 12(b)(6) |

On October 16, 2009, this Court granted, with prejudice, the Motion to Dismiss the First Amended Complaint filed by defendant WACHOVIA MORTGAGE, FSB, formerly known as WORLD SAVINGS BANK, FSB,

1 | erroneously named as Wachovia Mortgage Corporation ("Wachovia"), pursuant to
2 | Rule 12(b)(6) of the Federal Rules of Civil Procedure.
3 |     In accordance with that order:
4 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
5 |     1.    Plaintiff Shannon Chlarson shall take nothing from Defendant
6 | Wachovia.
7 |     2.    This Action is dismissed as against Defendant Wachovia with
8 | prejudice.
9 |     3.    Defendant Wachovia shall be entitled to recover its costs of suit.

*/s/ Gary Feess*

Dated: October 28, 2009

The Honorable Gary A. Feess,
United States District Judge